NO. 07-12-0032-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 8, 2012
_____

NIZAR DOAR, Individually and as Agent in Fact of
SAMIHAH ALIA, and SAMIHAH ALIA, Individually,

                                                                Appellants
                                    V.

CIRCLE K CONTRACTING, L.L.C.,

                                                                Appellee
_____

FROM THE 342nd DISTRICT COURT OF TARRANT COUNTY;

NO. 342-236493-09; HON. J. WADE BIRDWELL, PRESIDING
_____

*MEMORANDUM OPINION*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellants Nizar Doar, Individually and as Agent in Fact of Samihah Alia, and Samihah Alia, Individually, perfected this appeal on December 7, 2011. The clerk's record was due on or about January 13, 2012. On January 17, 2012, the clerk for the Second Court of Appeals notified appellants that payment arrangements had not been made for the clerk's record, and unless proof of payment was provided the court by January 13, 2012, the appeal would be dismissed for want of prosecution. On January

26, 2012, this appeal was transferred by order of the Texas Supreme Court to the Seventh Court of Appeals. On January 30, 2012, this Court notified appellant's counsel by letter to certify in writing whether he had complied with Rule 35.3(a)(2) of the Texas Rules of Appellate Procedure, and the certification was due no later than February 3, 2012. To date, no response has been received, nor have we received any request to postpone the dismissal date. Consequently, we dismiss the appeal for want of prosecution.

Per Curiam